**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rodney Carl Johnson, | No. CV-22-01205-PHX-MTL |
| Petitioner, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Respondents. | |

Pending before the Court are Petitioner's Motion for Disclosure (Doc. 25), Motion to Remand to State Court (Doc. 27), and Motion to Disregard Reply from Attorney General (Doc. 29). Petitioner has filed no objections to Magistrate Judge Eileen S. Willett's Report and Recommendation, filed on July 11, 2023. (Doc. 24.)

**IT IS ORDERED** that Petitioner's Motions (Docs. 25, 27, 29) are **denied**.

**IT IS FURTHER ORDERED** that Petitioner may file objections to the Report and Recommendation with this Court no later than fourteen days from the date of this Order, as previously explained in the Report and Recommendation. (*See* Doc. 24 at 8-9.)

Dated this 1st day of December, 2023.

Michael T. Liburdi
United States District Judge